| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| KEVIN FELTS, | § | |
|---|---|---|
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:13-CV-420 |
| | § | |
| JOSE VASQUEZ, WARDEN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Kevin Felts, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Petitioner filed objections to the Magistrate Judge's Report and Recommendation.[1] This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

---

[1] Petitioner filed a document entitled "Objections to General Order Staying Civil Cases in which the Federal Government is a Party." Although entitled "Objections to the General Order," the court liberally construed them as objections to the Report and Recommendation. Petitioner repeats the substance of his claims as found in his original petition and references objections to the Report and Recommendation in his certificate of service.

After careful consideration, the court finds petitioner's objections are without merit. Petitioner has failed to satisfy either prong of the *Reyes-Requena* test and his grounds for review are not cognizable in a petition filed pursuant to 28 U.S.C. § 2241. *Reyes-Requena v. United States*, 243 F.3d 893 (5th Cir. 2001).

**ORDER**

Accordingly, the objections of the petitioner are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 9th day of January, 2014.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE